# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2991
L.T. Case No. 2023-CF-000357-A

_____

MATTHEW LUCAS WADE,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Matthew J. Metz, Public Defender, and Joseph R. Chloupek, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Alyssa Williams, Assistant Attorney General, Daytona Beach, for Appellee.

April 21, 2026

PER CURIAM.

   AFFIRMED.

EDWARDS, BOATWRIGHT, and MACIVER, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————